**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 303 WAL 2020

         Respondent         :

                                                :   Petition for Allowance of Appeal

                                                :   from the Order of the Superior Court

           v.                :

                                                :

PAUL LAMONT DURHAM,            :

                          :

         Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 6th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.